# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

November 5, 2019

Chief Judge Dora Lizette Irizarry
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:  Susano et al v. Sabor Guatemalteco Inc. et al
     Index No. **18-cv-07438-DLI-LB**

Your Honor:

Our firm represents Plaintiffs in the above-referenced matter. We write in accordance with Your Honor's October 29, 2019 Order to apologize to The Court for not filing the default motion. Due to the voluminous amount of cases, the undersigned was not able to submit the motion for default judgment as of yet. We respectfully request one-week from today to submit our motion for default judgment.

Respectfully Submitted,

 /s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy, Esq.
Michael Faillace & Associates
60 East 42nd Street, Suite 2540
New York, New York 10165
Tel:  (212) 317-1200
Fax:  (212) 317-1620
Email:  gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiffs*